**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:23-CR-00033-ADA-BAM |
| MICHAEL RAY ACOSTA | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Michael Ray Acosta

Detained at: Pleasant Valley State Prison

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 21 U.S.C. 846, 841; 18 U.S.C. 371, 18 U.S.C. 1952(a)(3)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on April 19, 2023 at 2:00 PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on April 19, 2023, at 2:00PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 13, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | "Shotgun" | ☒Male ☐Female | |
| Booking or CDC #: | J77360 | DOB: | 7/25/1974 |
| Facility Address: | Pleasant Valley State Prison | Race: | HISPANIC |
| Facility Phone: | (559) 935-4900 | FBI#: | 8016XA4 |
| Currently Incarcerated For: | Murder | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)