RICHARD OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for the defendant,
Michael Ray Acosta

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>MICHAEL RAY ACOSTA,<br><br>  *Defendant*. | No. 1:23-CR-00033<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>Hearing Date: 2/12/25<br>Hearing Time: 9:30 A.M.<br>Courtroom: 4<br>Judge: Hon. Dale A. Drozd |

**TO THE ABOVE ENTITLED COURT:**

The parties hereby stipulate and agree to exclude time from the originally scheduled hearing date (change of plea) of February 10, 2025, to the new hearing date of February 12, 2025. The basis for excluding time comes under 18 U.S.C. 3161(h)(1)(G), which allows for justifiable "delay resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government[.]" 18 U.S.C. 3161(h)(1)(G).

DATED: 2/6/2025        */s/Richard Oberto*
                       RICHARD OBERTO
                       Attorney for the defendant,
                       Michael Ray Acosta

DATED: 2/6/2025        */s/Antonio J. Pataca*
                       ANTONIO J. PATACA
                       Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED that the change of plea hearing previously scheduled for February 10, 2025, be continued to **February 12, 2025, at 9:30 a.m. in Courtroom 4 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:  **February 6, 2025**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

2

26

27

28