1  MICHELE BECKWITH
Acting United States Attorney
2  ANTONIO J. PATACA
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  1:23-CR-00033-ADA-BAM

12                        Plaintiff,          STIPULATION CONTINUING SENTENCING
HEARING; AND ORDER
13            v.

14  MICHAEL RAY ACOSTA,

15                        Defendant.

16

17                           **STIPULATION**

18      1.    By previous order, this matter was set for sentencing on May 5, 2025.

19      2.    Counsel for the government is unavailable on May 5, 2025.  Counsel for the government

20  has coordinated with Mr. Richard Oberto and he has no objection to continuing the sentencing hearing.

21      3.    By this stipulation, the parties now move to continue the sentencing hearing from May 5,

22  2025, to May 19, 2025.  No exclusion of time is necessary.

23      IT IS SO STIPULATED.

24  ///

25  ///

26  ///

27  ///

28  ///

1

Dated:  April 9, 2025                                    MICHELE BECKWITH
                                                         Acting United States Attorney


                                                         /s/ ANTONIO J. PATACA
                                                         ANTONIO J. PATACA
                                                         Assistant United States Attorney




Dated:  April 9, 2025                                    /s/ Richard Oberto
                                                         RICHARD OBERTO
                                                         Counsel for Defendant
                                                         Michael Acosta


## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 5, 2025, to **May 19, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.


IT IS SO ORDERED.

Dated:   **April 11, 2025**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE

2