RICHARD OBERTO
ATTORNEY AT LAW
Cal. State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, CA 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Michael Ray Acosta

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RAY ACOSTA,<br><br>Defendant. | No.  1:23-CR-00033-TLN-EPG<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF RICHARD OBERTO AS ATTORNEY OF RECORD; ORDER** |

On February 16 2023, Defendant MICHAEL RAY ACOSTA was indicted on federal charges.  CJA Panel Attorney Richard Oberto was appointed as trial counsel to represent Mr. Acosta on April 16, 2023, in his criminal case.  Following a plea agreement, Mr. Acosta was sentenced on June 2, 2025.  The time for filing a notice of appeal expired on June 16, 2025.  No notice of appeal was filed, and no direct appeal followed.   The trial phase of  Mr. Acosta's criminal case has come to end.   Mr. Acosta was in custody at sentencing.  Now that CJA attorney Richard Oberto has completed his representation of Mr. Acosta, the attorney moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Acosta require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: <u>March 26, 2026</u>                                Respectfully submitted,


                                                    /s/*Richard Oberto*
                                                    Richard Oberto, Attorney for
                                                    Defendant, Michael Ray Acosta


**ORDER**

    Having reviewed the notice and found that attorney Richard Oberto has completed the services for which he was appointed, the Court hereby grants attorney Richard Oberto's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

    The Clerk of Court is directed to serve a copy of this order on Defendant MICHAEL RAY ACOSTA at the following address and to update the docket to reflect Defendant's pro se status and contact information. Mr. Acosta's current address is as follows: Michael Ray Acosta, Register No. 54291-510, FCI Oakdale I, Federal Correctional Institution, P.O. Box 5000, Oakdale, LA, 71463.


**IT IS SO ORDERED.**


Dated: March 26, 2026                          _____
                                                    Troy L. Nunley
                                                    Chief United States District Judge